UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES MONROE, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN et al.,<br><br>　　　　　Defendant. | No. CV 17-02714-SJO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

　　IT IS HEREBY ORDERED that:

　　1.　　The Report and Recommendation is approved and accepted.

　　2.　　Plaintiff's federal claims are dismissed without leave to amend.

///

///

///

///

3. Plaintiff's state-law claims are dismissed without prejudice.
4. Judgment shall be entered dismissing this case accordingly.

Dated: September 12, 2017.

*S. James Otero*

_____
S. JAMES OTERO
United States District Judge