JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMES MONROE, JR., | No. CV 17-02714-SJO (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| SCOTT KERNAN et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's federal claims are dismissed with prejudice, Plaintiff's state-law claims are dismissed without prejudice, and this action is dismissed.

Dated: September 12, 2017.

*S. James Otero*
———————————————
S. JAMES OTERO
United States District Judge